UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LEONARD McCENZIE,

                              Plaintiff,

                                                                                             ORDER

        v.                                                                                  05-CV-618A

SERGEANT M. McCLATCHIE, et al.,

                              Defendants.

---

        The above-referenced case was referred to Magistrate Judge Leslie G. Foschio, pursuant to 28 U.S.C. § 636(b)(1)(B). On January 10, 2008 Magistrate Judge Foschio filed a Report and Recommendation, recommending that plaintiff's motion for injunctive relief be denied.

        The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Foschio's Report and Recommendation, plaintiff's motion for injunctive relief is denied.

        The case is referred back to the Magistrate Judge for further proceedings.

        SO ORDERED.

                                                        s/ *Richard J. Arcara*
                                                        HONORABLE RICHARD J. ARCARA
                                                        CHIEF JUDGE
                                                         UNITED STATES DISTRICT COURT

DATED: February 5, 2008